IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00464-WDM-PAC

MELISSA KING; THE CHILDREN'S HOSPITAL,

      Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND; et al.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion for Leave of Court to File First Amended Complaint [filed August 16, 2006; Doc. No. 10] is **GRANTED.**  The Amended Complaint shall be filed no later than **August 29, 2006.**

Dated:  August 22, 2006