IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00464-WDM

MELISSA KING, et al.,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion for leave to file conventionally is granted.

Dated: January 9, 2007

                      s/ Jane Trexler, Judicial Assistant