IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00464-WDM-PAC

MELISSA KING; THE CHILDREN'S HOSPITAL,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND; et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that plaintiffs' Unopposed Motion to Modify Scheduling Order (Doc. #29), filed February 12, 2007, is **GRANTED** as follows:

    The dispositive motions deadline is extended to **March 12, 2007**.

    The Settlement Conference set for March 6, 2007 is ***vacated and reset*** to **April 12, 2007 at 1:30 p.m.**, 5th Floor, Arraj Courthouse.  Confidential Settlement Statements are due on or before **April 5, 2007.**

Dated:  February 12, 2007