IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00464-WDM

MELISSA KING, et al.,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND, et al.,

    Defendant(s).
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to file over-sized brief is denied. Doc. no. 35 is stricken. Defendants may file an amended brief on or before March 20, 2007.

    A jurisdictional statement and a statement of the issues presented are not required. If included, they will not be counted toward the 20-page limit.

Dated: March 13, 2007

                                              s/ Jane Trexler, Judicial Assistant