IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00464-WDM-KLM

MELISSA KING; THE CHILDREN'S HOSPITAL,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND; et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on the Plaintiff's **Motion to Compel Production of Documents** [Docket No. 51; Filed July 25, 2007] and the Plaintiff's **Motion to Withdraw Motion to Compel Production of Documents** [Docket No. 58; Filed August 22, 2007].

    IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Withdraw Motion to Compel Production of Documents** is **GRANTED** [Docket No. 58; Filed August 22, 2007.] Plaintiff's **Motion to Compel Production of Documents** [Docket No. 51; Filed July 25, 2007] is **WITHDRAWN** and will not be ruled on by the Court.

Dated:  September 17, 2007