IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00464-WDM-KLM

MELISSA KING; THE CHILDREN'S HOSPITAL,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND; et al.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Plaintiff's **Motion for Leave to Allow Discovery of Relevant Documents** [Docket No. 61; filed September 12, 2007] and the Plaintiff's **Motion to Withdraw Motion to Permit Discovery** [Docket No. 64; filed September 24, 2007].

    IT IS HEREBY **ORDERED** that Plaintiff's **Motion to Withdraw Motion to Permit Discovery** [Docket No. 64; filed September 24, 2007] is **GRANTED**. Plaintiff's **Motion for Leave to Allow Discovery of Relevant Documents** [Docket No. 61; filed September 12, 2007] is **WITHDRAWN** and will not be ruled on by the Court.

    Dated: September 28, 2007