IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00464-WDM-KLM

MELISSA KING, et al.,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND, et al.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's motion for trial date or for oral argument is denied. Counsel were directed by Magistrate Judge Mix to contact chambers to set a trial date on October 30, 2007. *See* minutes of final pretrial conference (doc. no. 68). That order remains in effect.

Dated: January 28, 2008

                                            s/ Jane Trexler, Judicial Assistant