IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00464-WDM-KLM

MELISSA KING and
THE CHILDREN'S HOSPITAL,

      Plaintiffs,

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND
COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH BENEFIT PLAN and THE
ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION &
EMPLOYERS HEALTH BENEFIT PLAN,

      Defendants.

---

## ORDER ON MOTION FOR CLARIFICATION

---

Miller, J.

      This matter is before me on the Unopposed Motion for Clarification (doc no 79),

seeking clarification of the portion of my order on summary judgment (doc no 74)

requesting further briefing on the issue of attorneys' fees. Because none of the parties

addressed the factors governing whether an award of attorneys' fees was warranted, I

requested that the parties file supplemental briefing, not to exceed five pages each, on the

issue. The parties now request clarification on whether the parties then would be

permitted to file response briefs. To clarify in this regard, I desired only a single brief from

each side and no response briefs.  I will therefore disregard Plaintiffs' reply brief (doc no 77).

Accordingly, it is ordered:

1. The Unopposed Motion for Clarification (doc no 79) is granted.

DATED at Denver, Colorado, on February 27, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge