IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00464-WDM-KLM

MELISSA KING;
THE CHILDREN'S HOSPITAL,

    Plaintiff(s),

v.

THE BOARD OF TRUSTEES FOR THE ROCKY MOUNTAIN UNITED FOOD AND COMMERCIAL WORKERS UNION & EMPLOYERS HEALTH AND WELFARE FUND; et al.,

    Defendant(s).

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 13, 2008.

                                                          BY THE COURT:

                                                          s/ Walker D. Miller
                                                          United States District Judge